**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** _____

**Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice ____/____/_____

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3* $ _____

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ❑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____      **New escrow payment:** $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%      **New interest rate:** _____%

   **Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ❑ No
   ❑ Yes.
   **Current HELOC payment:** $_____

   **Reconciliation amount:** + $_____ or
   - $_____

Debtor 1 _____   Case number (*if known*) _____
First Name          Middle Name          Last Name

**Amount of next payment (including reconciliation amount)**                    $_____

**Amount of the new payment thereafter (without reconciliation amount)**        $_____

## Part 4:   Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No

   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____        **New mortgage payment:** $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

   ❑ I am the creditor.

   ❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Lynn A Grimm* _____   Date ____/____/_____
Signature

Print: _____        Title _____
       First Name          Middle Name          Last Name

Company _____

Address _____
        Number          Street

        _____
        City                    State      ZIP Code

Contact phone  (_____) _____ – _____        Email _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                          Chapter #11
22 High Mountain, LLC                           Case No. 26-22396
                                                Honorable Judge Sean H Lane

Debtor

_____/

## CERTIFICATE OF SERVICE

I, Lynn A Grimm of Santander Bank, N.A., do hereby certify that on May 13, 2026, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.
Signed under the penalties of perjury, this 13th day of May 2026.

*Lynn A Grimm*
_____
Lynn A Grimm
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
Reading, PA 19605
(610) 401-9409
Email: DeftBkr@santander.us

VIA US MAIL
**22 High Mountain, LLC**
22 High Mountain Road
Pomona, NY 10970

VIA ECF
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

**Robert S. Lewis**
robert.lewlaw1@gmail.com

# Santander

Mail Code: PA-WYO-CN3
P.O. Box 12646
Reading, PA 19612
Customer Service: 1-877-768-2265
www.SantanderBank.com

**STATEMENT OF ACCOUNT**

**Account Number:**

| | |
|---|---|
| Statement Date: | 05-08-2026 |
| Statement Period From: | 04-09-2026 |
| Statement Period Through: | 05-08-2026 |
| Days in Statement Period: | 30 |
| Current Balance: | $331,944.67 |
| Credit Line Amount: | $0.00 |
| Available Credit: | $0.00 |
| End of Draw Date: | 06-09-2027 |

| | |
|---|---|
| **Minimum Payment:** | $82,311.03 |
| **Payment Due Date:** | 05-31-2026 |

746-0.5400 000003BFXB6EE 1/2 BIN:0 0-2983
YOSEF LOWENBEIN
22 HIGH MOUNTAIN RD
POMONA NY 10970-2124

---

## Important Message

Want a faster and more convenient way to get your account information?
Enroll in online banking and our Mobile Banking App – it takes just a few minutes.

---

### ACCOUNT BILLING SUMMARY

| | |
|---|---|
| Principal Due | $0.00 |
| **INTEREST CHARGE** Due | **$1,538.84** |
| Past Due Amount | $60,950.81 |
| Late Charges Due | $1,588.62 |
| Fees Due | $18,232.76 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$82,311.03** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---|
| Beginning Balance | $324,973.78 |
| Advances | $0.00 |
| Payment Received | $0.00 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$1,538.84** |
| Late Charges | $0.00 |
| Fees | $5,432.05 |
| Adjustments | $0.00 |
| Ending Balance | $331,944.67 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---|---|---|
| Periodic Rate From | 04-09-2026 | Periodic **INTEREST CHARGE** | $1,538.84 |
| Periodic Rate Through | 05-08-2026 | **ANNUAL PERCENTAGE RATE** | 7.5000 |
| Payment Amount | $1,538.84 | | |
| Daily Periodic Rate * | 0.0002054795 | | |
| Balance Subject to Interest Rate | $249,633.64 | Ending Principal | $249,633.64 |

  * The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 04-09-2026 | BEGINNING PRINCIPAL | | $249,633.64 |
| | 05-08-2026 | ENDING PRINCIPAL | | $249,633.64 |

*********************************************** **FEES** ***********************************************

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| 05-04-2026 | 05-04-2026 | INSPECTION FEE | $14.00 | |
| 05-04-2026 | 05-04-2026 | FORECLOSURE ATTORNEY COST | $3,790.01 | |
| 05-04-2026 | 05-04-2026 | FORECLOSURE COST | $1,628.04 | |
| | | TOTAL FEES THIS PERIOD | $5,432.05 | |

*********************************************** **INTEREST CHARGED** ***********************************************

| | | | Amount | |
|---|---|---|---|---|
| | | TOTAL INTEREST THIS PERIOD | $1,538.84 | |

---

*Please return this portion with your check.*



| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 05-31-2026 | $82,311.03 | |

YOSEF LOWENBEIN
22 HIGH MOUNTAIN RD
POMONA NY 10970-2124

**Make Check Payable To:**

Santander Bank, N.A,
P.O. Box 847051
Boston, MA 02284-7051