**22 HIGH MOUNTAIN, LLC**

**CERIFICATE OF RESOLUTIONS**

I, Yosef Lowenbein, the Member of **22 High Mountain, LLC** (the "HIGH MOUNTAIN"), do hereby certify that (a) the following resolutions were adopted by the Member of the HIGH MOUNTAIN as of April 20, 2026, in accordance with the requirements of applicable law, and (b) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

"WHEREAS the Member  of **22 High Mountain, LLC**., (the "HIGH MOUNTAIN") has evaluated the HIGH MOUNTAIN's alternatives in connection with a possible chapter 11 relief and has determined that the filing of a voluntary petition (the "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the HIGH MOUNTAIN;

"RESOLVED, that the HIGH MOUNTAIN shall be, and hereby is, authorized to file a Petition for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York or such other court as the appropriate officer or officers shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

"FURTHER RESOLVED, that the Member , the chief executive officer, the chief financial officer, the chief operating officer, any vice president, the secretary and the treasurer of the (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the HIGH MOUNTAIN to: (a) execute and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposed of these resolutions (such approval to be conclusively establish by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (c) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the HIGH MOUNTAIN's chapter 11 case in such form or forms as any such Designated Officer may approve; and

"FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the HIGH MOUNTAIN: (a) Robert S. Lewis, P.C. and (b) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary in connection with the HIGH MOUNTAIN's chapter 11 case and other related matters, on such terms as such officer or officers shall approve;

"FURTHER RESOLVED, that the law firm of Robert S. Lewis, P.C. and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the HIGH MOUNTAIN, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

"FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the HIGH MOUNTAIN in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

"FURTHER RESOLVED, that each secretary and any assistant secretary of the HIGH MOUNTAIN is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such secretary or assistant secretary, a true copy of the foregoing resolutions."

Dated May 25, 2026                                  /s/ Yosef Lowenbein
                                                    **YOSEF LOWENBEIN**