UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

22 HIGH MOUNTAIN, LLC

                                    Chapter 11
                                    Case No. 26-22396-SHL

              Debtor.

-----------------------------------------------------------x

## LOCAL RULE 1007-2 AFFIDAVIT

STATE OF NEW YORK    )
                       ) ss:
COUNTY OF ROCKLAND )

The Debtor 22 High Mountain, LLC., by and through its president and sole officer Yosef Lowenbein, being duly sworn, deposes and says:

1.     I Yosef Lowenbein submits this Affidavit pursuant to 1007-2 of the local rules of this court.

2.     The Debtor filed a voluntary petition for Chapter 11 relief on April 20, 2026 ("Petition") in an expedited manner due to a pending foreclosure entitled as: Santander Bank Na vs. Yosef Lowenbein et al., filed within the Rockland County Supreme Court.

3.     There has not been a committee of unsecured creditors organized prior to the Order for relief in my Chapter 11 Case.

4.     Pursuant to 1007-2(a)(5) of the local bankruptcy rules the Debtor's largest secured creditor is Santander Bank, N.A, Citizens Bank, N.A and M&T Bank, N.A.

5.     There are numerous unsecured creditors, which the Debtor included pursuant to its Schedule E/F of the voluntary petition [ECF No. 1].

6. Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "1"** is a summary of my assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

7. The Debtor does not have any publicly held shares, debentures, or other securities.

8. The Debtor has no property in the possession or custody of any public officer, receiver, trustee, pledge, assignee of rents, liquidators, secured creditors, or agents of such person.

9. The only asset of the Debtor consist of a single-family property, valued at approximately $1,800,000.00.

10. The Debtor has no employees.

11. The Debtor will propose a plan of reorganization which treats all creditors in a fair and equitable manner consistent with the provisions of the Bankruptcy Code.

Dated May 27 2026

_____
YOSEF LOWENBEIN

Sworn before me this 27 day of May 2026

_____
NOTARY PUBLIC

LEAH M TOSH
Notary Public, State of New York
No. 01TO4721207
Qualified in Rockland County
Commission Expires April 30, 20__