WILLIAM K. HARRINGTON                    **Hearing Date: August 4, 2026**
UNITED STATES TRUSTEE, REGION 2         **Hearing Time: 10:00 a.m.**
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004
Tel. (212) 510-0500
By:     Mark Bruh
        Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                    :
In re                                               :     Case No.  26-22396 (SHL)
                                                    :
22 HIGH MOUNTAIN, LLC,                              :
                                                    :     Chapter 11
                                                    :
                Debtor.                             :
--------------------------------------------------------X

**NOTICE OF THE UNITED STATES TRUSTEE'S MOTION TO DISMISS THIS
CHAPTER 11 CASE OR, IN THE ALTERNATIVE, TO CONVERT
<u>THIS CASE TO A CASE UNDER CHAPTER 7</u>**

**PLEASE TAKE NOTICE** that upon this Notice of Motion and the accompanying

memorandum of law, the United States Trustee for Region 2 (the "<u>United States Trustee</u>"), will

move this Court before the Honorable Sean H. Lane, Bankruptcy Judge, in the United States

Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New

York 10601 on **<u>August 4, 2026 at 10:00 a.m.</u>** (the "<u>Hearing</u>"), or as soon thereafter as counsel

can be heard, for an order pursuant to 11 U.S.C. § 1112(b) dismissing the chapter 11 case of 22

High Mountain, LLC or, in the alternative, converting this chapter 11 case to a case under

chapter 7, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held via Zoom for

Government. Participants are required to register their appearance by 4:00 p.m. the day before the

1

Hearing by utilizing the Electronic Appearance portal located on the Court's website

at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responsive papers should be filed with the

Court and served on the United States Trustee via email, attention: Mark Bruh, Esq.

(mark.bruh@usdoj.gov), no later than seven (7) days prior to the return date set forth above. Such

papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf

the papers are submitted, the nature of the response, and the basis for such response. Failure to

provide this information may be grounds to strike the response or to grant the motion by default.

Dated: New York, New York
      July 6, 2026

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:   */s/ Mark Bruh*
    Mark Bruh
    Trial Attorney
    Office of the United States Trustee
    Alexander Hamilton Custom House
    One Bowling Green, Room 534
    New York, NY 10004
    Tel. (212) 510-0500

2