UNITED STATES BANKRUPTCY COURT
Southern District of New York White Plains

| In re: | Case No.: 26-22396 |
|---|---|
| 22 High Mountain, LLC, | Chapter: 11 |
| Debtor(s). | |

### PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 07/06/2026, as directed by Office of the United States Trustee- Region 2 , true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Notice of Hearing of the United States Trustee's Motion to Dismiss this Chapter 11 Case or, in the Alternative, to Convert this Case to a Case Under Chapter 7 filed by Mark Bruh on behalf of United States Trustee. with hearing to be held on 8/4/2026 at 10:00 AM at Videoconference (ZoomGov) (SHL) (Bruh, Mark) (Entered: 07/06/2026)

Motion to Dismiss Case , Motion to Convert Chapter 11 Case to Chapter 7  (related document(s)9) filed by Mark Bruh on behalf of United States Trustee. (Attachments: # 1 EXHIBIT A: DECLARATION) (Bruh, Mark) (Entered: 07/06/2026)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

07/06/2026

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**22 High Mountain, LLC 26-22396**

| List ID | Name and Address of Served Party | Mode of Service | |
|---|---|---|---|
| 30949 | 22 High Mountain, LLC , 22 High Mountain Road, Pomona, NY, 10970-2124, United States of America | First Class | |
| 30949 | Citizens Bank, N.A , c/o MATTHEW EDWARD MINNIEFIELD, COOPER ERVING & SAVAGE LLP 20 Corporate, Albany, NY, 12203-5147 | First Class | |
| 30949 | Citizens Bank, N.A. , 10561 Telegraph Road, Glen Allen, VA, 23059-4577 | First Class | |
| 30949 | M&T Bank, N.A , c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Iselin, NJ, 08830 | First Class | |
| 30949 | Robert S. Lewis, Esq., Robert S. Lewis , 100 Dutch Hill Rd, Suite 380, Orangeburg, NY, 10962-2155, United States of America | Overnight | 527380851384 |
| 30949 | Santander Bank, N.A , c/o GERALD C ROTH, STEIN WIENER & ROTH L.L.P. 1400 Old Coun, Westbury, NY, 11590-5156 | First Class | |
| 30949 | SANTANDER BANK, N.A. , MC:PA-WYO-CP3, 1001 COMMONS BLVD, READING, PA, 19605-5500 | First Class | |
| 30949 | US Bankruptcy Court - White Plains Div., Judge Sean H Lane , 300 Quarropas Street, White Plains, NY, 10601-4140, United States of America | Overnight | 527380851395 |