UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                          Chapter 11
                                                Case No. 26-22396
22 HIGH MOUNTAIN, LLC,
                                                **AFFIDAVIT OF SERVICE**
                        Debtor.
------------------------------------------------------X
STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF ROCKLAND  )

LEAH MARIE TOSH, being duly sworn, deposes and states as follows:

That on the 23rd day of July, 2026, deponent served the **RESPONSE TO TRUSTEE'S MOTION TO DISMISS OR CONVERT** upon the annexed service list of creditors and parties in interest at the addresses designated for that purpose by sending a true copy of same enclosed in a postpaid wrapper first class mail in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

**SEE ANNEXED SERVICE LIST**

_/s/ Leah Marie Tosh_
LEAH MARIE TOSH

Sworn to before me this
23rd day of July, 2026

_/s/ Robert S. Lewis, Esq._
NOTARY PUBLIC
ROBERT S. LEWIS, ESQ.
State of New York
No. 4887720
Qualified in Rockland County
Commission Expires March 2, 2027

## ANNEXED SERVICE LIST

Yosef Lowenbein, Member
22 High Mountain, LLC, *Debtor*
22 High Mountain Road
Pomona, N.Y. 10970

William K. Harrington
U.S. Trustee, Region Two
Mark Bruh, Trial Attorney
Office of U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, N.Y. 10004

Citizens Bank, N.A.
Cooper Erving & Savage LLP
Matthew Edward Minniefield, Esq.
20 Corporate Woods Blvd.
Albany, N.Y. 12211

M&T Bank, N.A.
McCalla Raymer Leibert Pierce, LLC
485 Route 1 So., Bldg. F, Suite 300
Iselin, N.J. 08830

Santander Bank, N.A.
Stein Wiener & Roth LLP
Gerald C. Roth, Esq.
1400 Old Country Road, No. 315
Carle Place, N.Y. 11514