UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

22 HIGH MOUNTAIN, LLC,

                                Debtor.
------------------------------------------------------------X

Chapter 11
Case No. 26-22296-shl

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                          ) SS.:
COUNTY OF ROCKLAND  )

LEAH MARIE TOSH, being duly sworn, deposes and states as follows:

That on the 27th day of July, 2026, deponent served the **ORDER SCHEDULING INITIAL CASE CONFERNCE** upon the annexed service list of creditors and parties in interest at the addresses designated for that purpose by sending a true copy of same enclosed in a postpaid wrapper first class mail in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

                    **SEE ANNEXED SERVICE LIST**

                                          */s/ Leah Marie Tosh*
                                    LEAH MARIE TOSH

Sworn to before me this
27th day of July, 2026

*/s/ Robert S. Lewis, Esq.*
NOTARY PUBLIC
ROBERT S. LEWIS, ESQ.
State of New York
No. 4887720
Qualified in Rockland County
Commission Expires March 2, 2027

**ANNEXED SERVICE LIST**

Yosef Lowenbein, Member
22 High Mountain, LLC, *Debtor*
22 High Mountain Road
Pomona, N.Y. 10970

U.S. Trustee
Office of U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, N.Y. 10004-1408

Citizens Bank, N.A.
Cooper Erving & Savage LLP
Matthew Edward Minniefield, Esq.
20 Corporate Woods Blvd.
Albany, N.Y. 12211

M&T Bank, N.A.
McCalla Raymer Leibert Pierce, LLC
485 Route 1 So., Bldg. F, Suite 300
Iselin, N.J. 08830

Santander Bank, N.A.
Stein Wiener & Roth LLP
Gerald C. Roth, Esq.
1400 Old Country Road, No. 315
Carle Place, N.Y. 11514