UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>22 HIGH MOUNTAIN, LLC<br><br>Debtor(s). | Chapter 11<br>Case No. 26-22396-shl<br>**MOTION FOR RELIEF FROM<br>THE AUTOMATIC STAY** |

CITIZENS BANK, N.A., by its attorneys Cooper Erving & Savage LLP, hereby moves this Court for an Order pursuant to 11 U.S.C. Section 362(d), and respectfully states as follows:

### Parties and Jurisdiction

1.     CITIZENS BANK, N.A. (the "Bank") is a national bank and a creditor in this case.

2.     22 High Mountain, LLC, of 22 High Mountain Road, Pomona, New York 10970 (the "Debtor") filed a petition for relief under Chapter 11 of 11 U.S.C. sections 101 et seq. (the "Bankruptcy Code"), thereby commencing the above-captioned bankruptcy case and invoking the stay provisions of Bankruptcy Code section 362(a).

3.     This is a motion pursuant to Bankruptcy Code section 362(d) for relief from the automatic stay. This Court has jurisdiction over this bankruptcy case and this motion pursuant to 28 U.S.C. sections 157 and 1334. This motion constitutes a core proceeding pursuant to 28 U.S.C. section 157(b)(2)(G).

### Relief Requested and Basis Therefor

4.     This is a motion for relief from the automatic stay pursuant to Bankruptcy Code section 362(d)(1), for cause, consisting of the lack of adequate protection of the Bank's interest in the subject property more particularly described below. Annexed hereto is the Southern District of New York Relief from Stay Worksheet ("the Worksheet").

5.      Pursuant to the Note ("Note") executed on December 19, 2016, YOSEF LOWENBEIN borrowed the sum of $625,500.00 from FM Home Loans LLC, to be repaid together with interest as specified in the Note. A copy of the Note is annexed as **Exhibit "A"** to the Worksheet.

6.      YOSEF LOWENBEIN executed and delivered to MERS as nominee for FM Home Loans LLC a Mortgage on the following property: 22 High Mountain Road, Pomona, New York 10970 (the "Collateral"), to secure repayment of the amounts borrowed from FM Home Loans LLC, which was recorded on December 29, 2016.  A copy of the Mortgage is annexed as **Exhibit "B"** to the Worksheet.

7.      On or about December 16, 2020, the above mortgage and the beneficial interest thereunder was assigned to Citizens Bank, N.A. by Assignment of Mortgage which was recorded in the Rockland County Clerk's Office on December 17, 2020, as Instrument No 2020-00038315. A copy of the Assignment is annexed as **Exhibit "C"** to the Worksheet.

8.      On or about March 7, 2022, YOSEF LOWENBEIN and Citizens Bank, N.A. entered into a Loan Modification Agreement whereby the total indebtedness was increased to $658,268.72. A copy of the Modification Agreement is annexed as **Exhibit "D"** to the Worksheet.

9.      YOSEF LOWENBEIN transferred the subject property to Lake Forest Park Inc. by deed which was recorded in the Rockland County Clerk's Office on March 3, 2021, as Instrument No 2021-00009347. Lake Forest Park Inc. subsequently transferred the subject mortgaged premises to Debor 22 HIGH MOUNTAIN LLC by deed which was recorded in the Rockland County Clerk's Office on May 11, 2021, as Instrument No 2021-00020099. Debtor 22 HIGH MOUNTAIN LLC is the current owner in fee.  According to Debtor's Petition herein, YOSEF LOWENBEIN is the sole member of 22 HIGH MOUNTAIN LLC.

10.     The loan is in default in that no post-petition payments have been made and the loan is due for May, 2026. The principal amount due on the account is $646,134.81.  The post-petition

arrears amount to $14,014.65, consisting of past due payments for May, 2026 through July, 2026. Movant also requests relief for any additional payments that may come due prior to the determination of this motion.

11.     In light of the Debtor's default in payment, the Bank seeks relief from the automatic stay so as to exercise its rights with respect to the Collateral.  It is respectfully submitted that the Bank's interests in the property subject to the Mortgage are not adequately protected, which constitutes cause for terminating the automatic stay under Bankruptcy Code section 362(d)(1).

12.     Attorney's fees and related costs are hereby requested pursuant to Code section 506(b).  The underlying debt and security instrument provides for such fees in the event of default and collection.  The claim is secured by collateral the value of which is greater than the amount of the Bank's claim, *see* Debtor's schedules which value the property at $1,800,000.00.  The Note contains a clause at paragraph 6(E) providing for the recovery of attorney fees and costs of collection; the Mortgage contains a clause at paragraph 22 providing for the recovery of attorney fees and costs of collection.

13.     Accordingly, reimbursement of attorney's fees in the amount of $750.00 and reimbursement of the $199.00 filing fee incurred in making this motion are hereby requested. Additionally, movant reserves the right to seek additional fees in the event of further or extended hearings.

14.     The movant shall immediately provide an accounting to the trustee of any surplus monies realized.

**WHEREFORE**, the Bank respectfully requests that the Court enter an Order:

(i)      terminating the automatic stay of section 362 of the Bankruptcy Code as to the Collateral;

(ii)     granting reimbursement to the Bank for the filing fee for this motion in the amount of $199.00;

(iii)  awarding reasonable attorney's fees to the movant for the preparation and argument of the motion in the amount of $750.00, plus such other sums as the Court may award in the event of further or extended hearings;

(iv)  directing that within 30 days of any sale or disposition of the Collateral, accounting be provided to the debtor and the case Trustee of any surplus monies realized; and

(v)  granting to the Bank such other and further relief as this Court may deem just and proper.

Dated: Albany, New York
July 27, 2026

COOPER ERVING & SAVAGE LLP

By:  _____
Caroline W. T. Lang
Attorneys for Citizens Bank, N.A.,
20 Corporate Woods Blvd., Suite 501
Albany, New York 12211
(518) 449-3900