COOPER ERVING & SAVAGE, LLP
20 Corporate Woods Blvd., Suite 501
Albany, New York 12211
(518) 449-3900
Caroline W. T. Lang, Esq. (cl 0721)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>22 HIGH MOUNTAIN, LLC<br><br>Debtor(s). | Chapter 11<br>Case No. 26-22396-shl |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Citizens Bank, National Association has filed papers with the court to seek relief from the automatic stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief from the automatic stay to Citizens Bank, National Association, or if you want the court to consider your views on the motion, then on or before August 13, 2026 you or your attorney must:

File with the court a written response, explaining your position at:

Court Clerk
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Caroline W. T. Lang, Esq.
Cooper Erving & Savage LLP
20 Corporate Woods Blvd., Suite 501
Albany, NY 12211

Robert S. Lewis, Esq.
100 Dutch Hill Road, Suite 380
Orangeburg, New York 10962

Office of the U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408

Attend the hearing scheduled to be held on August 20, 2026 at 10:00 a.m. at the United States Bankruptcy Court, U.S. Courthouse, 300 Quarropas Street, White Plains, New York. Pursuant to General Order 543 and guidelines for holding court during COVID-19, the hearing will be held virtually. Any person wishing to participate in or listen to a remote proceeding or to participate in a proceeding in person must register 24 hours in advance using the eCourt Appearance tool on the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 9006-1, Local Rules of Bankruptcy Practice for the Southern District of New York, answering papers and memorandum of law, if any, must be filed with the Court and served upon the undersigned so as to be received by the undersigned no later than seven (7) days before the return date of this motion.

Dated: Albany, New York
    July 27, 2026

COOPER ERVING & SAVAGE LLP

By: _____
    Caroline W. T. Lang
    Attorneys for Citizens Bank, N.A.
    20 Corporate Woods Blvd., Suite 501
    Albany, New York 12211
    (518) 449-3900