UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

22 HIGH MOUNTAIN, LLC

Debtor.

Chapter 11
Case No. 26-22396-shl

## AFFIDAVIT ON DEFAULT

I, Caroline W. T. Lang, attorney for the movant in the above-captioned case, represent as follows:

1.    In accordance with the Servicemembers Civil Relief Act of 2003, and upon information and belief, the debtor is not in the military service.

2.    After reasonable investigation and inquiry, the debtor is not an infant or incompetent person.

Dated: July 27, 2026

_____
Caroline W. T. Lang

Sworn to before me on
the 27th day of July, 2026

_____
Notary Public, State of New York

Amy E. Rondeau Emerson
Notary Public, State of New York
Qualified in Albany County
No. 01RO6027825
Commission Expires December 29, 20__
June 28 2028