UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Return Date: **August 20, 2026**

In re:

22 HIGH MOUNTAIN, LLC

Chapter 11

Case No. 26-22396-shl

Debtor.

## MEMORANDUM OF LAW

Bankruptcy Code section 362(d)(1) provides that the court shall grant relief from the automatic stay imposed under Bankruptcy Code section 362(a) "for cause, including the lack of adequate protection of an interest in property."

The failure to make regular monthly payments to a secured creditor constitutes cause to grant a secured creditor relief from the automatic stay. *See, e.g., In re Tainan*, 48 B.R. 250 (Bankr. E.D. Pa. 1985) (citing cases in support of this proposition); *In re Keays*, 36 B.R. 1016 (Bankr. E.D. Pa. 1984) (failure to make mortgage payments constitutes cause for relief from stay); *In re Trident Corp.*, 19 B. R. 956 (Bankr. E.D. Pa. 1982)(failure to make post-petition payments will constitute cause to grant relief from the stay).

Accordingly, the Debtor's failure to make payments constitutes cause under Bankruptcy code section 362(d)(1) for terminating the automatic stay in this case.

Dated: July 27, 2026
     Albany, New York

COOPER ERVING & SAVAGE, LLP

By: _____
Caroline W. T. Lang
Attorney for Citizens Bank, N.A.
20 Corporate Woods Blvd., Suite 501
Albany, New York 12211
(518) 449-3900