UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

|  | Chapter 11 |
|---|---|
| 22 HIGH MOUNTAIN, LLC | Case No. 26-22396-shl |
| | **AFFIDAVIT OF SERVICE** |

Debtor(s).

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF ALBANY     )

**NATASHA SANCHEZ**, being duly sworn, deposes and says:

That she is over the age of 18 years; that she is employed by Cooper Erving & Savage LLP; that she served the Notice and Motion for Relief from the Automatic Stay together with Exhibits and Affidavit in Support thereof, and Memorandum of Law upon the following parties:

22 High Mountain, LLC
22 High Mountain Road
Pomona, New York 10970

Robert S. Lewis, Esq.
100 Dutch Hill Road, Suite 380
Orangeburg, New York 10962

Office of the U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408

by mail, on July 27, 2026 by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States Postal Service at Albany, New York 12211, directed to said attorneys and/or debtor(s), respectively, at said addresses, respectively mentioned herein, that being the addresses within the state designated by them for that purpose upon the last papers served in this action or the place where said attorneys and/or debtor(s) then resided or kept offices, according to the best information which can be conveniently obtained.

_____
NATASHA SANCHEZ

Sworn to before me on
July 27, 2026

_____
Notary Public

MACKENZIE LEE GOOD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GO6428079
Qualified in Onondaga County
My Commission Expires 01-10-2030