UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

22 HIGH MOUNTAIN, LLC

Debtor(s).

Chapter 11
Case No. 26-22396-shl

## ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion, dated July 27, 2026 (the "Motion"), of Citizens Bank, N.A. (the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in 22 High Mountain Road, Pomona, New York 10970 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on August 20, 2026; [and the above-captioned debtor (the "Debtor") having opposed the relief requested in the Motion (the "Objection");] [and there being no opposition to the requested relief;] [and the Court having directed the Creditor on the record of the Hearing to settle an order on five days' notice on the Debtor; and the Creditor having settled[, without objection,] this form of order on the Debtor;[and the Debtor having filed an objection (the "Objection") thereto;]] and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property, including, without limitation, loss mitigation, foreclosure and eviction proceedings; and it is further

ORDERED, that the Bank shall be awarded $199.00 as reimbursement of the filing fees incurred in filing the Motion, and $750.00 as and for reimbursement of attorneys' fees, and it is further

ORDERED that the Creditor shall promptly report and turn over to the case trustee any surplus proceeds of the Property.

Dated:  White Plains, New York
_____, 2026

Hon. Sean H. Lane
United States Bankruptcy Judge