LAW OFFICES
OF
# ROBERT S. LEWIS, P.C.
COUNSELLORS AT LAW
100 DUTCH HILL ROAD
SUITE 380
ORANGEBURG, NY 10962

(845) 358-7100

FAX (845) 262-6849

robert.lewlaw1@gmail.com
nyacklaw.com

ROBERT S. LEWIS, ESQ.
◇◇◇◇◇◇◇◇◇◇
VICTORINE FROEHLICH, ESQ.
ASSOCIATE

PARALEGALS:

JASMINE ROSA
LEAH MARIE TOSH
KYLEEN SERRANO-DIAZ
PATRICK SAAVEDRA
(IMMIGRATION)

August 12, 2026

*Via ECF*
Hon. Sean H. Lane, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**RE: *In re 22 High Mountain, LLC (Chapter 11)***
     ***Case No. 26-22396 (SHL)***

Dear Judge Lane:

I am counsel to the Debtor in the above Chapter 11 case pending before Your Honor.

The Debtor is in the process of substituting counsel. Successor counsel has been identified and requires a brief adjournment to appear, complete retention, and become fully familiar with the case.

Undersigned counsel has contacted counsel for Citizens Bank, N.A. and the Office of the United States Trustee regarding these requests, and their positions will be supplied to the Court upon receipt.

Accordingly, the Debtor respectfully requests: (i) adjournment of the hearing on Citizens Bank, N.A.'s motion for relief from the automatic stay (ECF No. 18) from August 20, 2026 to the Court's next available date on or after September 10, 2026, and of the Debtor's response deadline to seven (7) days before the adjourned hearing, with the automatic stay remaining in full force and effect through and including the conclusion of the final hearing on that motion, pursuant to 11 U.S.C. § 362(e); (ii) adjournment of the hearing on the United States Trustee's motion (ECF No. 10) to the same adjourned date; and (iii) a sixty-day extension, through and including October 17, 2026, of the deadline to file the Debtor's chapter 11 plan and disclosure statement and of the Debtor's exclusive periods under 11 U.S.C. § 1121(b) and (c), with the corresponding solicitation period extended commensurately.

LAW OFFICES OF

# ROBERT S. LEWIS, P.C.
### COUNSELLORS AT LAW

*Hon. Sean H. Lane, U.S.B.J.*
*August 12, 2026*
*Page -2-*

These are the Debtor's first such requests; they are brief; no party is prejudiced; and the Debtor's principal secured creditor is protected by the substantial equity cushion as reflected in its own motion papers. Successor counsel will appear by the adjourned date.

Thank you for your kind consideration.

Very truly yours,

/s/ *Robert S. Lewis*

ROBERT S. LEWIS

RSL/lsr

c.  Office of the United States Trustee (Paul K. Schwartzberg, Esq.; Mark Bruh, Esq.)
    Caroline W.T. Lang, Esq., Cooper Erving & Savage LLP (Counsel for Citizens Bank, N.A.)
    Counsel for Santander Bank, N.A.
    McCalla Raymer Leibert Pierce, LLC (Counsel for M&T Bank)
    22 High Mountain, LLC