UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re: Chapter 11

22 HIGH MOUNTAIN, LLC, Case No. 26-22396 (SHL)

Debtor.
---------------------------------------------------------X

**ORDER (I) ADJOURNING THE AUGUST 20, 2026 HEARINGS, (II) EXTENDING THE DEBTOR'S TIME TO RESPOND TO ECF NO. 18 NUNC PRO TUNC, (III) CONTINUING THE AUTOMATIC STAY, AND (IV) EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS**

Upon the motion of 22 High Mountain, LLC, the debtor and debtor in possession (the “Debtor”), for the relief set forth therein; and upon the Debtor's letters at ECF Nos. 20 and 22; and due and sufficient notice having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The hearings scheduled for August 20, 2026 on the motion of Citizens Bank, N.A. for relief from the automatic stay (ECF No. 18) and on the United States Trustee's motion (ECF No. 10) are adjourned to ______________, 2026 at __:__ _.m.

2. The Debtor's time to respond to ECF No. 18 is extended, nunc pro tunc, through and including seven (7) days before the adjourned hearing date, pursuant to Fed. R. Bankr. P. 9006(b)(1), and any response filed by that date shall be deemed timely.

3. The automatic stay of 11 U.S.C. § 362(a) remains in full force and effect through and including the conclusion of the final hearing on ECF No. 18, pursuant to 11 U.S.C. § 362(e)(1).

4. The Debtor's exclusive periods under 11 U.S.C. § 1121(b) and (c) and its deadline to file a chapter 11 plan and disclosure statement are extended through and including October 17, 2026, with the corresponding solicitation period extended commensurately.

5. This Court retains jurisdiction to interpret and enforce this Order.

Dated: White Plains, New York
_____________, 2026

_________________________________________
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE